**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **Olivistar, LLC**<br>          **Plaintiff**<br>   v.<br>**Toshiba America, Inc.**<br>          **Defendant** | **Civil Action No. 2:14-cv-555 JRG** |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT, TOSHIBA AMERICA, INC.

Defendant, TOSHIBA AMERICA, INC., notifies the Court and parties of the appearance of Melvin R. Wilcox, III as counsel on its behalf.  Defendant respectfully requests that Mr. Wilcox, whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED:  May 19, 2014                    Respectfully submitted,

                              /s/*Melvin R. Wilcox*
                              Melvin R. Wilcox, III
                              Bar No.  21454800
                              YARBROUGH WILCOX GUNTER, PLLC
                              100 E. Ferguson St., Ste. 1015
                              Tyler, TX 75702
                              (903) 595-1133
                              Fax: (903) 595-0191
                              mrw@yw-lawfirm.com

                              Attorney for Defendant,
                              Toshiba America, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service on May 19, 2014.  Local Rule CV-5(a)(3)(A).

                    */s/ Melvin R. Wilcox*_____
                    Melvin R. Wilcox